# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CLAYTON ORLANDO EVANS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1029

_____

May 22, 2024

Appeal from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Howard L. Dimmig, II, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and ATKINSON and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.